IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, )<br>AIS # 140252, )<br>)<br>　　　Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF ANDY R. HUGHES, *et al.*, )<br>)<br>　　　Respondent. )<br>) | CASE NO. 1:08-CV-336-WKW |

## **ORDER**

On August 2, 2010, the Magistrate Judge filed a Recommendation in this case (Doc. # 21), to which no objections were filed. Upon a thorough and independent review of the record, and upon consideration of the Recommendation, it is ORDERED as follows:

(1)　The Recommendation of the Magistrate Judge (Doc. # 21) is ADOPTED;

(2)　Defendants' motion for summary judgment (Doc. # 16) is GRANTED; and

(3)　this case is DISMISSED with prejudice.

A final judgment will be filed separately.

DONE this 30th day of August, 2010.

　　　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE